**ORIGINAL**

**FILED**

02/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0021

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0021

GREGG ALLEN ZINDELL,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

**FILED**

FEB 0 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

---

Earlier this year, self-represented Appellant Gregg Allen Zindell filed a Notice of Appeal and Motion for Appointment of Counsel with this Court. On January 12, 2023, this Court denied his motion for appointment of counsel because Zindell is not entitled to appointed representation for postconviction relief. Zindell now moves this Court again for appointment of counsel, and he moves for a sixty-day extension of time.

Zindell's motion for an extension of time is premature. Upon review of this Court's docket, this Court has not received the record from the District Court. Zindell will receive written notice of when the Court receives the record from the Clerk of the Supreme Court. M. R. App. P. 9(6). After that, Zindell may move this Court for an extension of time to file his opening brief.

Turning to his motion for legal representation, it appears that Zindell did not receive this Court's first Order before he filed a second motion. As stated previously, Zindell is not entitled to counsel in this appeal. Section 46-8-104, MCA. Accordingly,

IT IS ORDERED that Zindell's Motion for Appointment of Counsel is DENIED.

IT IS FURTHER ORDERED that Zindell's Motion for a Sixty-Day Extension of Time is DISMISSED without prejudice. Zindell may make his request again.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Gregg Allen Zindell personally.

DATED this 7th day of February, 2023.

For the Court,

By _____
Chief Justice